ATTORNEY GRIEVANCE COMMISSION  *      IN THE
OF MARYLAND
100 Community Place, Suite 3301       *      COURT OF APPEALS
Crownsville, MD  21032
                                     *      OF MARYLAND
          Petitioner                 *

                                     *
v.                                   *

                                     *      Misc. Docket AG
GWYN CARA HOERAUF                     *      No. 117
                                     *      September Term 2013

                                     *

          Respondent                 *
                                     *

## ORDER

This matter came before this Court on Respondent's Petition for Expedited Reinstatement to the Bar of Maryland.

The Court having considered the Petition and the Response of Bar Counsel, it is this

_____23rd_____ day of _____September_____, 2014,

ORDERED that the Petition be and the same is hereby GRANTED.

                                   /s/ Glenn T. Harrell, Jr.
                                   **Senior Judge**